UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER KELLER,<br><br>        Petitioner,<br>    v.<br>TIMOTHY GARRETT,<br><br>        Respondents. | Case No. 3:22-cv-00481-ART-CLB<br><br>ORDER |

*Pro se* Petitioner Christopher Keller has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 ("Petition"), an incomplete Application to Proceed *in Forma Pauperis* ("IFP"), and a motion for appointment of counsel. (ECF Nos. 1, 1-2, 1-3.)

Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he or she submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the six-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.

Keller has indicated that he will submit his financial certificate and six-month account statement as soon as the NDOC processes his request. (ECF No. 1-1.) Keller will have 45 days from the date of this order to file those documents. Alternatively, Keller will have 45 days from the date of this order to pay the $5 filing fee.

It is therefore ordered that within 45 days of the date of this order, Petitioner must file a financial certificate signed by Petitioner and an authorized

1

prison official and a copy of Petitioner's inmate account statement for the six-month period prior to filing. Alternatively, Petitioner must pay the $5 filing fee within 45 days. If Petitioner decides to pay the filing fee from his inmate account, he must arrange to have a copy of this order attached to the check for the filing fee.

It is further ordered that Petitioner's failure to timely comply with this Order will result in the dismissal of this action without prejudice and without further advance notice.

DATED THIS 7th day of November 2022.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE