UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER KELLER,<br><br>　　　　　　　Petitioner,<br>　v.<br>TIMOTHY GARRETT,<br><br>　　　　　　　Respondents. | Case No. 3:22-cv-00481-ART-CLB<br><br>ORDER |

　　　On January 9, 2023, this Court entered a scheduling order instructing, *inter alia*, counseled Petitioner Christopher Keller to file an amended petition by April 10, 2023. (ECF No. 11.) Petitioner filed his first amended petition on February 17, 2023. (ECF No. 12.) Simultaneously, Petitioner filed a motion for leave to file a second amended petition. (ECF No. 13.) Respondents have filed a notice of non-opposition to Petitioner's motion. (ECF No. 14.) The Court finds good cause to grant the motion.

　　　It is ordered that Petitioner's motion for leave to file a second amended petition (ECF No. 13) is granted. Petitioner has until April 10, 2023, to file and serve his second amended petition. If he fails to do so, this action will proceed on the first amended petition.

　　　DATED THIS 22nd day of February 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1