UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER KELLER,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>TIMOTHY GARRETT,<br><br>　　　　　　　　　Respondents. | Case No. 3:22-cv-00481-ART-CLB<br><br>ORDER |

　　　Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 16), and good cause appearing;

　　　It is therefore ordered that Petitioner's unopposed motion for extension of time (first request) (ECF No. 16) is granted. Petitioner will have up to and including July 10, 2023, to file his second amended petition for writ of habeas corpus.

　　　DATED THIS 11th day of April 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE