UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER KELLER,<br><br>                  Petitioner,<br>    v.<br><br>TIMOTHY GARRETT,<br><br>                  Respondents. | Case No. 3:22-cv-00481-ART-CLB<br><br>ORDER |

    Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 18), and good cause appearing;

    It is therefore ordered that Petitioner's unopposed motion for extension of time (second request) (ECF No. 18) is granted. Petitioner will have up to and including August 9, 2023, to file his second amended petition for writ of habeas corpus.

    DATED THIS 21st day of July 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1