UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER KELLER,<br><br>                Petitioner,<br>   v.<br>TIMOTHY GARRETT,<br><br>                Respondents. | Case No. 3:22-cv-00481-ART-CLB<br><br>ORDER |

Petitioner Christopher Keller having filed an unopposed motion for extension of time (first request) (ECF No. 30), and good cause appearing;

It is therefore ordered that Keller's unopposed motion for extension of time (first request) (ECF No. 30) is granted. Keller has up to and including December 22, 2023, to file his opposition to the motion to dismiss.

DATED THIS 27th day of November 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE