UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER KELLER,<br><br>        Petitioner,<br> v.<br>TIMOTHY GARRETT,<br><br>        Respondents. | Case No. 3:22-cv-00481-ART-CLB<br><br>ORDER |

  Petitioner Christopher Keller having filed an unopposed motion for extension of time (first request) (ECF No. 38), and good cause appearing;

  It is therefore ordered that Keller's unopposed motion for extension of time (first request) (ECF No. 38) is granted. Keller has up to and including May 15, 2024, to file his reply brief.

  DATED THIS 18th day of April 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1